TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00499-CV






Patricia Mitchell, Appellant


v.


Phillip A. Mitchell, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 9800617, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N



 The parties have filed an agreed motion to dismiss the appeal in accordance with 
their agreement. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1).



 

 Bea Ann Smith, Justice

Before Justices B. A. Smith, Yeakel and Aboussie*

Dismissed on Agreed Motion

Filed: January 16, 2003


* Before Marilyn Aboussie, Chief Justice (retired), Third Court of Appeals, sitting by assignment. 
See Tex. Gov't Code Ann. § 74.003(b) (West 1998).